# United States Court of Appeals
## For the First Circuit

---

No. 07-2631

UNITED STATES OF AMERICA,

Petitioner, Appellant,

v.

TEXTRON INC. AND SUBSIDIARIES,

Respondent, Appellee.

---

**ERRATA SHEET**

The opinion of this Court issued on August 13, 2009, is amended as follows:

On the cover sheet, replace "Respondent, Appellant." with "Respondent, Appellee."

On page 31, line 25, change "The Majority's Announces" to "The Majority Announces"